# EXHIBIT B

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Robert L. Sterup
BROWN LAW FIRM, PC
315 North 24th Street
Billings, Montana 59101
406-248-2611 telephone
406-248-3128 facsimile
rsterup@brownfirm.com

Pamela D. Bucy
TAYLOR LUTHER GROUP, PLLC
One South Montana Ave., Ste M-2
Helena, Montana 59601
406-441-4871 telephone
pam@taylorluthergroup.com

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

**SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA
ROSEBUD COUNTY**

TALEN MONTANA RETIREMENT PLAN
AND TALEN ENERGY MARKETING, LLC,
Individually and on Behalf of All Others
Similarly Situated,

                    Plaintiffs,

          vs.

PPL CORPORATION; PPL CAPITAL
FUNDING, INC.; PPL ELECTRIC
UTILITIES CORP.; PPL ENERGY
FUNDING CORP.; PAUL A. FARR; MARK
F. WILTEN; PETER J. SIMONICH;
WILLIAM H. SPENCE; RODNEY C.
ADKINS; FREDERICK M. BERNTHAL;
JOHN W. CONWAY; PHILIP G. COX;
STEVEN G. ELLIOTT; LOUISE K.
GOESER; STUART E. GRAHAM; STUART
HEYDT; RAJA RAJAMANNAR; CRAIG A.
ROGERSON; NATICA VON ALTHANN;
KEITH H. WILLIAMSON; and ARMANO
ZAGALO de LIMA,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Cause No.: DV 18-56

Judge: Nickolas Murnion

**ACKNOWLEDGEMENT AND
WAIVER OF SERVICE OF A
SUMMONS**
**Rodney C. Adkins**

1

TO:   Robert L. Sterup
      Brown Law Firm, P.C.
      315 North 24th St
      P.O. Box 849
      Billings, MT 59103-0849

I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

_____Tony Woon_____
Signature of the attorney or unrepresented party

_____Tonsy Woon_____
Printed Name

_____Attorney_____
Relationship to entity or authority to receive service

_____4 Times Square, New York, NY 10036_____
Address

____tonsy.woon@gbadden.com____
Email address

____212-735-2472____
Telephone number

2

**Duty to Avoid Unnecessary Expenses**
**Of Serving a Summons**

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint. A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

1    Robert L. Sterup                          Karl S. Stern
2    BROWN LAW FIRM, PC                        Kate K. Shih
     315 North 24th Street                     QUINN EMANUEL URQUHART & SULLIVAN LLP
3    Billings, Montana 59101                   711 Louisiana Street, Suite 500
     406-248-2611 telephone                    Houston, TX 77002
4    406-248-3128 facsimile                    713-221-7000 telephone
     rsterup@brownfirm.com                     713-221-7100 facsimile
5                                              karlstern@quinnemanuel.com
     Pamela D. Bucy                            kateshih@quinnemanuel.com
6    TAYLOR LUTHER GROUP, PLLC                 *Pro Hac Applications Pending*
7    One South Montana Ave., Ste M-2
     Helena, Montana 59601                     *ATTORNEYS FOR LEAD PLAINTIFFS*
8    406-441-4871 telephone
     pam@taylorluthergroup.com
9

10              **SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA**
11                             **ROSEBUD COUNTY**

12   TALEN MONTANA RETIREMENT PLAN      )    Cause No.: DV 18-56
     AND TALEN ENERGY MARKETING, LLC,   )
13   Individually and on Behalf of All Others )  Judge: Nickolas Murnion
     Similarly Situated,                )
14                                      )
                                        )
15              Plaintiffs,             )    **ACKNOWLEDGEMENT AND**
                                        )    **WAIVER OF SERVICE OF A**
16        vs.                           )    **SUMMONS**
                                        )    **Frederick M. Bernthal**
17   PPL CORPORATION; PPL CAPITAL       )
     FUNDING, INC.; PPL ELECTRIC        )
18   UTILITIES CORP.; PPL ENERGY        )
     FUNDING CORP.; PAUL A. FARR; MARK  )
19   F. WILTEN; PETER J. SIMONICH;      )
     WILLIAM H. SPENCE; RODNEY C.       )
20   ADKINS; FREDERICK M. BERNTHAL;     )
     JOHN W. CONWAY; PHILIP G. COX;     )
21   STEVEN G. ELLIOTT; LOUISE K.       )
     GOESER; STUART E. GRAHAM; STUART   )
22   HEYDT; RAJA RAJAMANNAR; CRAIG A.   )
     ROGERSON; NATICA VON ALTHANN;      )
23   KEITH H. WILLIAMSON; and ARMANO    )
     ZAGALO de LIMA,                    )
24                                      )
                                        )
25              Defendants.             )
                                        )
26

                                        1

TO:   Robert L. Sterup
      Brown Law Firm, P.C.
      315 North 24th St
      P.O. Box 849
      Billings, MT 59103-0849

    I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

    I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

    If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

_____
Signature of the attorney or unrepresented party

Tansy Woan
_____
Printed Name

Attorney
_____
Relationship to entity or authority to receive service

4 Times Square, New York, NY 10036
_____
Address

tansy.woan@stadden.com
_____
Email address

212-735-2472
_____
Telephone number

2

1

**Duty to Avoid Unnecessary Expenses
Of Serving a Summons**

2

3        Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses
of serving a Summons and Complaint.  A Defendant who fails to return a signed Acknowledgment and

4   Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the
Defendant shows good cause for the failure.

5

6        "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought
in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the
defendant's property.

7

8        If the Acknowledgment and Waiver is signed and returned, you can still make these and all other
defenses and objections, but you cannot object to the absence of a Summons or of Service.

9        If you waive service, then you must, within the time specified on the Acknowledgment and
Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1
2
3
4
5
6
7
8
9

Robert L. Sterup
BROWN LAW FIRM, PC
315 North 24th Street
Billings, Montana 59101
406-248-2611 telephone
406-248-3128 facsimile
rsterup@brownfirm.com

Pamela D. Bucy
TAYLOR LUTHER GROUP, PLLC
One South Montana Ave., Ste M-2
Helena, Montana 59601
406-441-4871 telephone
pam@taylorluthergroup.com

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

10
11

### SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA
### ROSEBUD COUNTY

12
13
14

15

16

17
18
19
20
21
22
23
24

25

26

| | |
|---|---|
| TALEN MONTANA RETIREMENT PLAN AND TALEN ENERGY MARKETING, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>PPL CORPORATION; PPL CAPITAL FUNDING, INC.; PPL ELECTRIC UTILITIES CORP.; PPL ENERGY FUNDING CORP.; PAUL A. FARR; MARK F. WILTEN; PETER J. SIMONICH; WILLIAM H. SPENCE; RODNEY C. ADKINS; FREDERICK M. BERNTHAL; JOHN W. CONWAY; PHILIP G. COX; STEVEN G. ELLIOTT; LOUISE K. GOESER; STUART E. GRAHAM; STUART HEYDT; RAJA RAJAMANNAR; CRAIG A. ROGERSON; NATICA VON ALTHANN; KEITH H. WILLIAMSON; and ARMANO ZAGALO de LIMA,<br><br>                    Defendants. | Cause No.: DV 18-56<br><br>Judge: Nickolas Murnion<br><br><br>**ACKNOWLEDGEMENT AND WAIVER OF SERVICE OF A SUMMONS**<br>**John W. Conway** |

1

TO:     Robert L. Sterup
        Brown Law Firm, P.C.
        315 North 24th St
        P.O. Box 849
        Billings, MT 59103-0849

        I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

        I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

        If I fail to do so, a default judgment will be entered against me or the entity I represent.

        Date: 11-21-2018

        _____
        Signature of the attorney or unrepresented party

        Tonsy Woan
        _____
        Printed Name

        Attorney
        _____
        Relationship to entity or authority to receive service

        4 Times Square, New York, NY 10036
        _____
        Address

        tonsy.woan@skadden.com
        _____
        Email address

        212-735-2472
        _____
        Telephone number

2

1

2

**Duty to Avoid Unnecessary Expenses
Of Serving a Summons**

3

4

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint.  A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

5

6

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

7

8

If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

9

10

If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1   Robert L. Sterup
2   BROWN LAW FIRM, PC
    315 North 24th Street
3   Billings, Montana 59101
    406-248-2611 telephone
4   406-248-3128 facsimile
    rsterup@brownfirm.com
5
6   Pamela D. Bucy
    TAYLOR LUTHER GROUP, PLLC
7   One South Montana Ave., Ste M-2
    Helena, Montana 59601
8   406-441-4871 telephone
    pam@taylorluthergroup.com
9

    Karl S. Stern
    Kate K. Shih
    QUINN EMANUEL URQUHART & SULLIVAN LLP
    711 Louisiana Street, Suite 500
    Houston, TX 77002
    713-221-7000 telephone
    713-221-7100 facsimile
    karlstern@quinnemanuel.com
    kateshih@quinnemanuel.com
    *Pro Hac Applications Pending*

    *ATTORNEYS FOR LEAD PLAINTIFFS*

10      **SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA**
11                          **ROSEBUD COUNTY**

12   TALEN MONTANA RETIREMENT PLAN          )   Cause No.: DV 18-56
     AND TALEN ENERGY MARKETING, LLC,       )
13   Individually and on Behalf of All Others )   Judge: Nickolas Murnion
     Similarly Situated,                     )
14                                           )
                                             )
15                          Plaintiffs,      )
                                             )   **ACKNOWLEDGEMENT AND**
16               vs.                         )   **WAIVER OF SERVICE OF A**
                                             )   **SUMMONS**
17   PPL CORPORATION; PPL CAPITAL           )   **Philip G. Cox**
     FUNDING, INC.; PPL ELECTRIC            )
18   UTILITIES CORP.; PPL ENERGY            )
     FUNDING CORP.; PAUL A. FARR; MARK      )
19   F. WILTEN; PETER J. SIMONICH;          )
     WILLIAM H. SPENCE; RODNEY C.           )
20   ADKINS; FREDERICK M. BERNTHAL;         )
     JOHN W. CONWAY; PHILIP G. COX;         )
21   STEVEN G. ELLIOTT; LOUISE K.           )
     GOESER; STUART E. GRAHAM; STUART       )
22   HEYDT; RAJA RAJAMANNAR; CRAIG A.       )
     ROGERSON; NATICA VON ALTHANN;          )
23   KEITH H. WILLIAMSON; and ARMANO        )
     ZAGALO de LIMA,                        )
24                                           )
                                             )
25                          Defendants.      )
                                             )
26

                                    1

TO:   Robert L. Sterup
      Brown Law Firm, P.C.
      315 North 24th St
      P.O. Box 849
      Billings, MT 59103-0849

I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

_Tony Woon_
Signature of the attorney or unrepresented party

_Tansy Woon_
Printed Name

_Attorney_
Relationship to entity or authority to receive service

_4 Times Square, New York, NY 10036_
Address

_tansy.woon@skadden.com_
Email address

_212-735-2972_
Telephone number

2

1

2

### Duty to Avoid Unnecessary Expenses
### Of Serving a Summons

3

4

       Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint.  A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

5

6

       "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

7

8

       If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

9

10

       If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2   Robert L. Sterup
    BROWN LAW FIRM, PC
3   315 North 24th Street
    Billings, Montana 59101
4   406-248-2611 telephone
    406-248-3128 facsimile
5   rsterup@brownfirm.com

6   Pamela D. Bucy
    TAYLOR LUTHER GROUP, PLLC
7   One South Montana Ave., Ste M-2
    Helena, Montana 59601
8   406-441-4871 telephone
    pam@taylorluthergroup.com
9

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

10        **SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA**
11                              **ROSEBUD COUNTY**

12  TALEN MONTANA RETIREMENT PLAN          )   Cause No.: DV 18-56
    AND TALEN ENERGY MARKETING, LLC,       )
13  Individually and on Behalf of All Others  )   Judge: Nickolas Murnion
    Similarly Situated,                    )
14                                          )
                                            )
15                     Plaintiffs,          )
                                            )   **ACKNOWLEDGEMENT AND**
16          vs.                             )   **WAIVER OF SERVICE OF A**
                                            )   **SUMMONS**
17  PPL CORPORATION; PPL CAPITAL           )   **Steven G. Elliott**
    FUNDING, INC.; PPL ELECTRIC            )
18  UTILITIES CORP.; PPL ENERGY            )
    FUNDING CORP.; PAUL A. FARR; MARK      )
19  F. WILTEN; PETER J. SIMONICH;          )
    WILLIAM H. SPENCE; RODNEY C.           )
20  ADKINS; FREDERICK M. BERNTHAL;         )
    JOHN W. CONWAY; PHILIP G. COX;         )
21  STEVEN G. ELLIOTT; LOUISE K.           )
    GOESER; STUART E. GRAHAM; STUART       )
22  HEYDT; RAJA RAJAMANNAR; CRAIG A.       )
    ROGERSON; NATICA VON ALTHANN;          )
23  KEITH H. WILLIAMSON; and ARMANO        )
    ZAGALO de LIMA,                        )
24                                          )
                                            )
25                     Defendants.          )
                                            )
26

                                    1

TO:   Robert L. Sterup
      Brown Law Firm, P.C.
      315 North 24th St
      P.O. Box 849
      Billings, MT 59103-0849

     I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

     I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

     If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

_Tang Woon_
Signature of the attorney or unrepresented party

_Tansy Woan_
Printed Name

_Attorney_
Relationship to entity or authority to receive service

_4 Times Square, New York, NY 10036_
Address

_tansy.woan@skadden.com_
Email address

_212-735-2472_
Telephone number

2

### Duty to Avoid Unnecessary Expenses
### Of Serving a Summons

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint. A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

Robert L. Sterup
BROWN LAW FIRM, PC
315 North 24th Street
Billings, Montana 59101
406-248-2611 telephone
406-248-3128 facsimile
rsterup@brownfirm.com

Pamela D. Bucy
TAYLOR LUTHER GROUP, PLLC
One South Montana Ave., Ste M-2
Helena, Montana 59601
406-441-4871 telephone
pam@taylorluthergroup.com

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

### SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA
### ROSEBUD COUNTY

| | |
|---|---|
| TALEN MONTANA RETIREMENT PLAN AND TALEN ENERGY MARKETING, LLC, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> PPL CORPORATION; PPL CAPITAL FUNDING, INC.; PPL ELECTRIC UTILITIES CORP.; PPL ENERGY FUNDING CORP.; PAUL A. FARR; MARK F. WILTEN; PETER J. SIMONICH; WILLIAM H. SPENCE; RODNEY C. ADKINS; FREDERICK M. BERNTHAL; JOHN W. CONWAY; PHILIP G. COX; STEVEN G. ELLIOTT; LOUISE K. GOESER; STUART E. GRAHAM; STUART HEYDT; RAJA RAJAMANNAR; CRAIG A. ROGERSON; NATICA VON ALTHANN; KEITH H. WILLIAMSON; and ARMANO ZAGALO de LIMA, <br><br> Defendants. | Cause No.: DV 18-56 <br><br> Judge: Nickolas Murnion <br><br><br> **ACKNOWLEDGEMENT AND WAIVER OF SERVICE OF A SUMMONS** <br> **Paul A. Farr** |

1

TO:    Robert L. Sterup
       Brown Law Firm, P.C.
       315 North 24th St
       P.O. Box 849
       Billings, MT 59103-0849

I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11/26/18

_____
Signature of the attorney or unrepresented party

Joshua L. Seifert
_____
Printed Name

Attorney for Paul A. Farr
_____
Relationship to entity or authority to receive service

175 Varick St, New York, NY 10014
_____
Address

jseifert@seifertpllc.com
_____
Email address

646-470-2647
_____
Telephone number

**Duty to Avoid Unnecessary Expenses
Of Serving a Summons**

1
2

### Duty to Avoid Unnecessary Expenses
### Of Serving a Summons

3
4

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint.  A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

5
6

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

7
8

If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

9

If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Robert L. Sterup
BROWN LAW FIRM, PC
315 North 24th Street
Billings, Montana 59101
406-248-2611 telephone
406-248-3128 facsimile
rsterup@brownfirm.com

Pamela D. Bucy
TAYLOR LUTHER GROUP, PLLC
One South Montana Ave., Ste M-2
Helena, Montana 59601
406-441-4871 telephone
pam@taylorluthergroup.com

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

**SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA**
**ROSEBUD COUNTY**

| | |
|---|---|
| TALEN MONTANA RETIREMENT PLAN AND TALEN ENERGY MARKETING, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>PPL CORPORATION; PPL CAPITAL FUNDING, INC.; PPL ELECTRIC UTILITIES CORP.; PPL ENERGY FUNDING CORP.; PAUL A. FARR; MARK F. WILTEN; PETER J. SIMONICH; WILLIAM H. SPENCE; RODNEY C. ADKINS; FREDERICK M. BERNTHAL; JOHN W. CONWAY; PHILIP G. COX; STEVEN G. ELLIOTT; LOUISE K. GOESER; STUART E. GRAHAM; STUART HEYDT; RAJA RAJAMANNAR; CRAIG A. ROGERSON; NATICA VON ALTHANN; KEITH H. WILLIAMSON; and ARMANO ZAGALO de LIMA,<br><br>                    Defendants. | Cause No.: DV 18-56<br><br>Judge: Nickolas Murnion<br><br>**ACKNOWLEDGEMENT AND WAIVER OF SERVICE OF A SUMMONS**<br>**Louise K. Goeser** |

1

TO:   Robert L. Sterup
      Brown Law Firm, P.C.
      315 North 24th St
      P.O. Box 849
      Billings, MT 59103-0849

I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

_____
Signature of the attorney or unrepresented party

Tansy Woan
_____
Printed Name

Attorney
_____
Relationship to entity or authority to receive service

4 Times Square, New York, NY 10036
_____
Address

tansy.woan@skadden.com
_____
Email address

212-735-2472
_____
Telephone number

2

1

### Duty to Avoid Unnecessary Expenses
### Of Serving a Summons

2

3      Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint.  A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

4

5      "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

6

7      If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

8

9      If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1

2   Robert L. Sterup
    BROWN LAW FIRM, PC
3   315 North 24th Street
    Billings, Montana 59101
4   406-248-2611 telephone
    406-248-3128 facsimile
5   rsterup@brownfirm.com

6   Pamela D. Bucy
    TAYLOR LUTHER GROUP, PLLC
7   One South Montana Ave., Ste M-2
    Helena, Montana 59601
8   406-441-4871 telephone
    pam@taylorluthergroup.com

9

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

10           **SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA**
11                                    **ROSEBUD COUNTY**

12   TALEN MONTANA RETIREMENT PLAN        )   Cause No.: DV 18-56
     AND TALEN ENERGY MARKETING, LLC,     )
13   Individually and on Behalf of All Others   )   Judge: Nickolas Murnion
     Similarly Situated,                  )
14                                         )
                                           )
15                   Plaintiffs,           )
                                           )   **ACKNOWLEDGEMENT AND**
16   vs.                                   )   **WAIVER OF SERVICE OF A**
                                           )   **SUMMONS**
17   PPL CORPORATION; PPL CAPITAL         )   **Stuart E. Graham**
     FUNDING, INC.; PPL ELECTRIC          )
18   UTILITIES CORP.; PPL ENERGY          )
     FUNDING CORP.; PAUL A. FARR; MARK    )
19   F. WILTEN; PETER J. SIMONICH;        )
     WILLIAM H. SPENCE; RODNEY C.         )
20   ADKINS; FREDERICK M. BERNTHAL;       )
     JOHN W. CONWAY; PHILIP G. COX;       )
21   STEVEN G. ELLIOTT; LOUISE K.         )
     GOESER; STUART E. GRAHAM; STUART     )
22   HEYDT; RAJA RAJAMANNAR; CRAIG A.     )
     ROGERSON; NATICA VON ALTHANN;        )
23   KEITH H. WILLIAMSON; and ARMANO      )
     ZAGALO de LIMA,                      )
24                                         )
                                           )
25                   Defendants.           )
                                           )
26  ─────────────────────────────────────

                                          1

TO:   Robert L. Sterup
      Brown Law Firm, P.C.
      315 North 24th St
      P.O. Box 849
      Billings, MT 59103-0849

I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

_Tony Woan_
Signature of the attorney or unrepresented party

_Tony Woan_
Printed Name

_Attorney_
Relationship to entity or authority to receive service

_4 Times Square, New York, NY 10036_
Address

_tony.woan@skadden.com_
Email address

_212-735-2472_
Telephone number

2

## Duty to Avoid Unnecessary Expenses
## Of Serving a Summons

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint. A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

1   Robert L. Sterup                         Karl S. Stern
2   BROWN LAW FIRM, PC                        Kate K. Shih
    315 North 24th Street                     QUINN EMANUEL URQUHART & SULLIVAN LLP
3   Billings, Montana 59101                   711 Louisiana Street, Suite 500
    406-248-2611 telephone                    Houston, TX 77002
4   406-248-3128 facsimile                    713-221-7000 telephone
    rsterup@brownfirm.com                     713-221-7100 facsimile
5                                             karlstern@quinnemanuel.com
    Pamela D. Bucy                            kateshih@quinnemanuel.com
6   TAYLOR LUTHER GROUP, PLLC                 *Pro Hac Applications Pending*
7   One South Montana Ave., Ste M-2
    Helena, Montana 59601                     *ATTORNEYS FOR LEAD PLAINTIFFS*
8   406-441-4871 telephone
    pam@taylorluthergroup.com
9

10          **SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA**
11                              **ROSEBUD COUNTY**

12   TALEN MONTANA RETIREMENT PLAN       )    Cause No.: DV 18-56
     AND TALEN ENERGY MARKETING, LLC,    )
13   Individually and on Behalf of All Others )  Judge: Nickolas Murnion
     Similarly Situated,                 )
14                                       )
                                         )
15                    Plaintiffs,        )
                                         )    **ACKNOWLEDGEMENT AND**
16            vs.                        )    **WAIVER OF SERVICE OF A**
                                         )    **SUMMONS**
17   PPL CORPORATION; PPL CAPITAL        )    **Stuart Heydt**
     FUNDING, INC.; PPL ELECTRIC         )
18   UTILITIES CORP.; PPL ENERGY         )
     FUNDING CORP.; PAUL A. FARR; MARK   )
19   F. WILTEN; PETER J. SIMONICH;       )
     WILLIAM H. SPENCE; RODNEY C.        )
20   ADKINS; FREDERICK M. BERNTHAL;      )
     JOHN W. CONWAY; PHILIP G. COX;      )
21   STEVEN G. ELLIOTT; LOUISE K.        )
     GOESER; STUART E. GRAHAM; STUART    )
22   HEYDT; RAJA RAJAMANNAR; CRAIG A.    )
     ROGERSON; NATICA VON ALTHANN;       )
23   KEITH H. WILLIAMSON; and ARMANO     )
     ZAGALO de LIMA,                     )
24                                       )
                                         )
25                    Defendants.        )
                                         )
26

                                         1

TO:   Robert L. Sterup
      Brown Law Firm, P.C.
      315 North 24th St
      P.O. Box 849
      Billings, MT 59103-0849

I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

Signature of the attorney or unrepresented party

Tansy Woan
Printed Name

Attorney
Relationship to entity or authority to receive service

4 Times Square, New York, NY 10036
Address

tansy.woan@skadden.com
Email address

212-735-2972
Telephone number

2

1

2

### Duty to Avoid Unnecessary Expenses
### Of Serving a Summons

3    Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses
of serving a Summons and Complaint.  A Defendant who fails to return a signed Acknowledgment and

4    Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the
Defendant shows good cause for the failure.

5

6    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought
in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the
defendant's property.

7

8    If the Acknowledgment and Waiver is signed and returned, you can still make these and all other
defenses and objections, but you cannot object to the absence of a Summons or of Service.

9    If you waive service, then you must, within the time specified on the Acknowledgment and
Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1   Robert L. Sterup
2   BROWN LAW FIRM, PC
    315 North 24th Street
3   Billings, Montana 59101
    406-248-2611 telephone
4   406-248-3128 facsimile
    rsterup@brownfirm.com
5
6   Pamela D. Bucy
    TAYLOR LUTHER GROUP, PLLC
7   One South Montana Ave., Ste M-2
    Helena, Montana 59601
8   406-441-4871 telephone
    pam@taylorluthergroup.com
9

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

10          **SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA**
11                              **ROSEBUD COUNTY**

12   TALEN MONTANA RETIREMENT PLAN      )   Cause No.: DV 18-56
     AND TALEN ENERGY MARKETING, LLC,   )
13   Individually and on Behalf of All Others )   Judge: Nickolas Murnion
     Similarly Situated,                )
14                                       )
                                         )
15                      Plaintiffs,      )
                                         )   **ACKNOWLEDGEMENT AND**
16            vs.                        )   **WAIVER OF SERVICE OF A**
                                         )   **SUMMONS**
17   PPL CORPORATION; PPL CAPITAL       )   **PPL Capital Funding, Inc.**
     FUNDING, INC.; PPL ELECTRIC        )
18   UTILITIES CORP.; PPL ENERGY        )
     FUNDING CORP.; PAUL A. FARR; MARK  )
19   F. WILTEN; PETER J. SIMONICH;      )
     WILLIAM H. SPENCE; RODNEY C.       )
20   ADKINS; FREDERICK M. BERNTHAL;     )
     JOHN W. CONWAY; PHILIP G. COX;     )
21   STEVEN G. ELLIOTT; LOUISE K.       )
     GOESER; STUART E. GRAHAM; STUART   )
22   HEYDT; RAJA RAJAMANNAR; CRAIG A.   )
     ROGERSON; NATICA VON ALTHANN;      )
23   KEITH H. WILLIAMSON; and ARMANO    )
     ZAGALO de LIMA,                    )
24                                       )
                                         )
25                      Defendants.      )
                                         )
26

1

TO:  Robert L. Sterup
     Brown Law Firm, P.C.
     315 North 24th St
     P.O. Box 849
     Billings, MT 59103-0849

I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

_Tansy Woan_
Signature of the attorney or unrepresented
party

_Tansy Woan_
Printed Name

_Attorney_
Relationship to entity or authority to receive
service

_4 Times Square, New York, NY 10036_
Address

_tansy.woan@skadden.com_
Email address

_212-735-2472_
Telephone number

2

**Duty to Avoid Unnecessary Expenses**
**Of Serving a Summons**

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint. A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

3

1   Robert L. Sterup
2   BROWN LAW FIRM, PC
    315 North 24th Street
3   Billings, Montana 59101
    406-248-2611 telephone
4   406-248-3128 facsimile
    rsterup@brownfirm.com
5
    Pamela D. Bucy
6   TAYLOR LUTHER GROUP, PLLC
7   One South Montana Ave., Ste M-2
    Helena, Montana 59601
8   406-441-4871 telephone
    pam@taylorluthergroup.com
9

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

10      **SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA**
11                          **ROSEBUD COUNTY**

12  TALEN MONTANA RETIREMENT PLAN      )   Cause No.: DV 18-56
    AND TALEN ENERGY MARKETING, LLC,   )
13  Individually and on Behalf of All Others )   Judge: Nickolas Murnion
    Similarly Situated,                )
14                                     )
                                       )
15              Plaintiffs,            )
                                       )   **ACKNOWLEDGEMENT AND**
16        vs.                          )   **WAIVER OF SERVICE OF A**
                                       )   **SUMMONS**
17  PPL CORPORATION; PPL CAPITAL       )   **PPL Corporation**
    FUNDING, INC.; PPL ELECTRIC        )
18  UTILITIES CORP.; PPL ENERGY        )
    FUNDING CORP.; PAUL A. FARR; MARK  )
19  F. WILTEN; PETER J. SIMONICH;      )
    WILLIAM H. SPENCE; RODNEY C.       )
20  ADKINS; FREDERICK M. BERNTHAL;     )
    JOHN W. CONWAY; PHILIP G. COX;     )
21  STEVEN G. ELLIOTT; LOUISE K.       )
    GOESER; STUART E. GRAHAM; STUART   )
22  HEYDT; RAJA RAJAMANNAR; CRAIG A.   )
    ROGERSON; NATICA VON ALTHANN;      )
23  KEITH H. WILLIAMSON; and ARMANO    )
    ZAGALO de LIMA,                    )
24                                     )
                                       )
25              Defendants.            )
                                       )
26

                                1

TO:   Robert L. Sterup
      Brown Law Firm, P.C.
      315 North 24th St
      P.O. Box 849
      Billings, MT 59103-0849

I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

_Tansy Woan_
Signature of the attorney or unrepresented party

Tansy Woan
Printed Name

Attorney
Relationship to entity or authority to receive service

4 Times Square, New York, NY 10036
Address

tansy.woan@skadden.com
Email address

212-735-2472
Telephone number

2

1

2

**Duty to Avoid Unnecessary Expenses**
**Of Serving a Summons**

3

4           Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses
of serving a Summons and Complaint.  A Defendant who fails to return a signed Acknowledgment and
Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the
Defendant shows good cause for the failure.

5

6           "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought
in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the
defendant's property.

7

8           If the Acknowledgment and Waiver is signed and returned, you can still make these and all other
defenses and objections, but you cannot object to the absence of a Summons or of Service.

9           If you waive service, then you must, within the time specified on the Acknowledgment and
Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1

Robert L. Sterup
2   BROWN LAW FIRM, PC
315 North 24th Street
3   Billings, Montana 59101
406-248-2611 telephone
4   406-248-3128 facsimile
rsterup@brownfirm.com
5

Pamela D. Bucy
6   TAYLOR LUTHER GROUP, PLLC
One South Montana Ave., Ste M-2
7   Helena, Montana 59601
406-441-4871 telephone
8   pam@taylorluthergroup.com
9

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

10    **SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA**
**ROSEBUD COUNTY**
11

12   TALEN MONTANA RETIREMENT PLAN      )   Cause No.: DV 18-56
AND TALEN ENERGY MARKETING, LLC,   )
13   Individually and on Behalf of All Others   )   Judge: Nickolas Murnion
Similarly Situated,                )
14                                      )
)
15                      Plaintiffs,    )
)   **ACKNOWLEDGEMENT AND**
16              vs.                    )   **WAIVER OF SERVICE OF A**
)   **SUMMONS**
17   PPL CORPORATION; PPL CAPITAL      )   **PPL Electric Utilities Corp.**
FUNDING, INC.; PPL ELECTRIC         )
18   UTILITIES CORP.; PPL ENERGY       )
FUNDING CORP.; PAUL A. FARR; MARK   )
19   F. WILTEN; PETER J. SIMONICH;     )
WILLIAM H. SPENCE; RODNEY C.        )
20   ADKINS; FREDERICK M. BERNTHAL;    )
JOHN W. CONWAY; PHILIP G. COX;      )
21   STEVEN G. ELLIOTT; LOUISE K.      )
GOESER; STUART E. GRAHAM; STUART    )
22   HEYDT; RAJA RAJAMANNAR; CRAIG A.  )
ROGERSON; NATICA VON ALTHANN;       )
23   KEITH H. WILLIAMSON; and ARMANO   )
ZAGALO de LIMA,                     )
24                                      )
)
25                      Defendants.    )
)
26

1

TO:   Robert L. Sterup
      Brown Law Firm, P.C.
      315 North 24th St
      P.O. Box 849
      Billings, MT 59103-0849

      I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

      I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

      I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

      If I fail to do so, a default judgment will be entered against me or the entity I represent.

      Date: 11-21-2018

                                        _Tony Woan_____
                                        Signature of the attorney or unrepresented party

                                        _Tonsy Woan_____
                                        Printed Name

                                        _Attorney_____
                                        Relationship to entity or authority to receive service

                                        _4 Times Square, New York, NY 10036_
                                        Address

                                        _tonsy.woan@skadden.com_
                                        Email address

                                        _212-735-2472_
                                        Telephone number

2

**Duty to Avoid Unnecessary Expenses**
**Of Serving a Summons**

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint. A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

1

Robert L. Sterup
BROWN LAW FIRM, PC
315 North 24th Street
Billings, Montana 59101
406-248-2611 telephone
406-248-3128 facsimile
rsterup@brownfirm.com

Pamela D. Bucy
TAYLOR LUTHER GROUP, PLLC
One South Montana Ave., Ste M-2
Helena, Montana 59601
406-441-4871 telephone
pam@taylorluthergroup.com

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

## SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA
## ROSEBUD COUNTY

| | |
|---|---|
| TALEN MONTANA RETIREMENT PLAN AND TALEN ENERGY MARKETING, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PPL CORPORATION; PPL CAPITAL FUNDING, INC.; PPL ELECTRIC UTILITIES CORP.; PPL ENERGY FUNDING CORP.; PAUL A. FARR; MARK F. WILTEN; PETER J. SIMONICH; WILLIAM H. SPENCE; RODNEY C. ADKINS; FREDERICK M. BERNTHAL; JOHN W. CONWAY; PHILIP G. COX; STEVEN G. ELLIOTT; LOUISE K. GOESER; STUART E. GRAHAM; STUART HEYDT; RAJA RAJAMANNAR; CRAIG A. ROGERSON; NATICA VON ALTHANN; KEITH H. WILLIAMSON; and ARMANO ZAGALO de LIMA,<br><br>    Defendants. | Cause No.: DV 18-56<br><br>Judge: Nickolas Murnion<br><br><br>**ACKNOWLEDGEMENT AND WAIVER OF SERVICE OF A SUMMONS**<br>**PPL Energy Funding Corp.** |

1

1

2   TO:   Robert L. Sterup
          Brown Law Firm, P.C.
3         315 North 24th St
          P.O. Box 849
4         Billings, MT 59103-0849

5         I have received your Request to Acknowledge and Waive Service of a Summons in this
6   action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver
    form, and a prepaid means of returning one signed copy of the form to you.

7         I, or the entity I represent, agree to save the expense of serving a Summons and
8   Complaint in this case.

9         I understand that I, or the entity I represent, will keep all defenses or objections to the
10  lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to
    the absence of a Summons or of service.

11        I also understand that I, or the entity I represent, must file and serve an Answer or a
12  Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this
    Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of
13  Montana, a state agency, or a state officer or employee).

14        If I fail to do so, a default judgment will be entered against me or the entity I represent.

15        Date: 11-21-2018                    _Tony Woon_
16                                            Signature of the attorney or unrepresented
17                                            party

18                                            _Tony Woon_
                                              Printed Name
19                                            _Attorney_
20                                            Relationship to entity or authority to receive
                                              service
21                                            _4 Times Square, New York, NY 10036_
22                                            Address
                                              _tony.woon@stadden.com_
23                                            Email address
24                                            _212-735-2472_
25                                            Telephone number

26

                                    2

1

2

**Duty to Avoid Unnecessary Expenses**
**Of Serving a Summons**

3

4

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint. A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

5

6

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

7

8

If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

9

10

If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

—

| | |
|---|---|
| 1 | Robert L. Sterup |
| 2 | BROWN LAW FIRM, PC |
| | 315 North 24th Street |
| 3 | Billings, Montana 59101 |
| | 406-248-2611 telephone |
| 4 | 406-248-3128 facsimile |
| | rsterup@brownfirm.com |
| 5 | |
| | Pamela D. Bucy |
| 6 | TAYLOR LUTHER GROUP, PLLC |
| 7 | One South Montana Ave., Ste M-2 |
| | Helena, Montana 59601 |
| 8 | 406-441-4871 telephone |
| | pam@taylorluthergroup.com |

Robert L. Sterup
BROWN LAW FIRM, PC
315 North 24th Street
Billings, Montana 59101
406-248-2611 telephone
406-248-3128 facsimile
rsterup@brownfirm.com

Pamela D. Bucy
TAYLOR LUTHER GROUP, PLLC
One South Montana Ave., Ste M-2
Helena, Montana 59601
406-441-4871 telephone
pam@taylorluthergroup.com

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

**SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA**
**ROSEBUD COUNTY**

| | |
|---|---|
| TALEN MONTANA RETIREMENT PLAN AND TALEN ENERGY MARKETING, LLC, Individually and on Behalf of All Others Similarly Situated, | Cause No.: DV 18-56 |
| | Judge: Nickolas Murnion |
| Plaintiffs, | |
| vs. | **ACKNOWLEDGEMENT AND WAIVER OF SERVICE OF A SUMMONS** |
| PPL CORPORATION; PPL CAPITAL FUNDING, INC.; PPL ELECTRIC UTILITIES CORP.; PPL ENERGY FUNDING CORP.; PAUL A. FARR; MARK F. WILTEN; PETER J. SIMONICH; WILLIAM H. SPENCE; RODNEY C. ADKINS; FREDERICK M. BERNTHAL; JOHN W. CONWAY; PHILIP G. COX; STEVEN G. ELLIOTT; LOUISE K. GOESER; STUART E. GRAHAM; STUART HEYDT; RAJA RAJAMANNAR; CRAIG A. ROGERSON; NATICA VON ALTHANN; KEITH H. WILLIAMSON; and ARMANO ZAGALO de LIMA, | **Raja Rajamannar** |
| Defendants. | |

1

TO:   Robert L. Sterup
      Brown Law Firm, P.C.
      315 North 24th St
      P.O. Box 849
      Billings, MT 59103-0849

I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

_Tansy Woon_
Signature of the attorney or unrepresented party

_Tansy Woan_
Printed Name

_Attorney_
Relationship to entity or authority to receive service

_4 Times Square, New York, NY 10036_
Address

_tansy.woan@skadden.com_
Email address

_212-735-2472_
Telephone number

2

1

2

### Duty to Avoid Unnecessary Expenses
### Of Serving a Summons

3

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint. A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

4

5

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

6

7

If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

8

9

If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1   Robert L. Sterup
2   BROWN LAW FIRM, PC
    315 North 24th Street
3   Billings, Montana 59101
    406-248-2611 telephone
4   406-248-3128 facsimile
    rsterup@brownfirm.com
5
6   Pamela D. Bucy
    TAYLOR LUTHER GROUP, PLLC
7   One South Montana Ave., Ste M-2
    Helena, Montana 59601
8   406-441-4871 telephone
    pam@taylorluthergroup.com
9

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

10              SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA
11                               ROSEBUD COUNTY

12  TALEN MONTANA RETIREMENT PLAN          )   Cause No.: DV 18-56
    AND TALEN ENERGY MARKETING, LLC,       )
13  Individually and on Behalf of All Others )  Judge: Nickolas Murnion
    Similarly Situated,                    )
14                                         )
                                           )
15                      Plaintiffs,        )
                                           )   **ACKNOWLEDGEMENT AND**
16              vs.                        )   **WAIVER OF SERVICE OF A**
                                           )   **SUMMONS**
17  PPL CORPORATION; PPL CAPITAL           )   **Craig A. Rogerson**
    FUNDING, INC.; PPL ELECTRIC            )
18  UTILITIES CORP.; PPL ENERGY            )
    FUNDING CORP.; PAUL A. FARR; MARK      )
19  F. WILTEN; PETER J. SIMONICH;          )
    WILLIAM H. SPENCE; RODNEY C.           )
20  ADKINS; FREDERICK M. BERNTHAL;         )
    JOHN W. CONWAY; PHILIP G. COX;         )
21  STEVEN G. ELLIOTT; LOUISE K.           )
    GOESER; STUART E. GRAHAM; STUART       )
22  HEYDT; RAJA RAJAMANNAR; CRAIG A.       )
    ROGERSON; NATICA VON ALTHANN;          )
23  KEITH H. WILLIAMSON; and ARMANO        )
    ZAGALO de LIMA,                        )
24                                         )
                                           )
25                      Defendants.        )
                                           )
26

                                    1

1

2  TO:   Robert L. Sterup
         Brown Law Firm, P.C.
3        315 North 24th St
         P.O. Box 849
4        Billings, MT 59103-0849

5        I have received your Request to Acknowledge and Waive Service of a Summons in this
6  action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver
   form, and a prepaid means of returning one signed copy of the form to you.
7
         I, or the entity I represent, agree to save the expense of serving a Summons and
8  Complaint in this case.

9        I understand that I, or the entity I represent, will keep all defenses or objections to the
10 lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to
   the absence of a Summons or of service.
11
         I also understand that I, or the entity I represent, must file and serve an Answer or a
12 Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this
   Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of
13 Montana, a state agency, or a state officer or employee).

14       If I fail to do so, a default judgment will be entered against me or the entity I represent.

15     Date: 11-21-2018                    _Tansy Woon_____
16                                         Signature of the attorney or unrepresented
                                           party
17
                                           _Tansy Woon_____
18                                         Printed Name

19                                         _Attorney_____
                                           Relationship to entity or authority to receive
20                                         service

21                                         _4 Times Square, New York, NY 10036_
                                           Address
22
                                           _tansy.woon@skadden.com_
23                                         Email address

24                                         _212-735-2472_
                                           Telephone number
25

26

                                        2

**Duty to Avoid Unnecessary Expenses**
**Of Serving a Summons**

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint. A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

1
2   Robert L. Sterup
3   BROWN LAW FIRM, PC
   315 North 24th Street
   Billings, Montana 59101

Robert L. Sterup
BROWN LAW FIRM, PC
315 North 24th Street
Billings, Montana 59101
406-248-2611 telephone
406-248-3128 facsimile
rsterup@brownfirm.com

Pamela D. Bucy
TAYLOR LUTHER GROUP, PLLC
One South Montana Ave., Ste M-2
Helena, Montana 59601
406-441-4871 telephone
pam@taylorluthergroup.com

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

## SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA
## ROSEBUD COUNTY

| | |
|---|---|
| TALEN MONTANA RETIREMENT PLAN AND TALEN ENERGY MARKETING, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>        vs.<br><br>PPL CORPORATION; PPL CAPITAL FUNDING, INC.; PPL ELECTRIC UTILITIES CORP.; PPL ENERGY FUNDING CORP.; PAUL A. FARR; MARK F. WILTEN; PETER J. SIMONICH; WILLIAM H. SPENCE; RODNEY C. ADKINS; FREDERICK M. BERNTHAL; JOHN W. CONWAY; PHILIP G. COX; STEVEN G. ELLIOTT; LOUISE K. GOESER; STUART E. GRAHAM; STUART HEYDT; RAJA RAJAMANNAR; CRAIG A. ROGERSON; NATICA VON ALTHANN; KEITH H. WILLIAMSON; and ARMANO ZAGALO de LIMA,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Cause No.: DV 18-56

Judge: Nickolas Murnion

**ACKNOWLEDGEMENT AND WAIVER OF SERVICE OF A SUMMONS**
**Peter J. Simonich**

1

1

2  TO:    Robert L. Sterup
            Brown Law Firm, P.C.
3          315 North 24th St
            P.O. Box 849
4          Billings, MT 59103-0849

5          I have received your Request to Acknowledge and Waive Service of a Summons in this
6  action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver
    form, and a prepaid means of returning one signed copy of the form to you.

7          I, or the entity I represent, agree to save the expense of serving a Summons and
8  Complaint in this case.

9          I understand that I, or the entity I represent, will keep all defenses or objections to the
    lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to
10 the absence of a Summons or of service.

11         I also understand that I, or the entity I represent, must file and serve an Answer or a
12 Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this
    Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of
13 Montana, a state agency, or a state officer or employee).

14         If I fail to do so, a default judgment will be entered against me or the entity I represent.

15         Date: 11-21-2018                  Tansy Woan
16                                           Signature of the attorney or unrepresented
                                             party
17
                                             Tansy Woan
18                                           Printed Name

19                                           Attorney
20                                           Relationship to entity or authority to receive
                                             service
21                                           4 Times Square, New York, NY 10036
22                                           Address

23                                           tansy.woan@skadden.com
                                             Email address
24                                           212-735-2422
25                                           Telephone number

26

                                      2

1

2

### Duty to Avoid Unnecessary Expenses
### Of Serving a Summons

3

4

      Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint.  A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

5

6

      "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

7

8

      If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

9

10

      If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1

Robert L. Sterup
BROWN LAW FIRM, PC
315 North 24th Street
Billings, Montana 59101
406-248-2611 telephone
406-248-3128 facsimile
rsterup@brownfirm.com

Pamela D. Bucy
TAYLOR LUTHER GROUP, PLLC
One South Montana Ave., Ste M-2
Helena, Montana 59601
406-441-4871 telephone
pam@taylorluthergroup.com

2

3

4

5

6

7

8

9

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

10

## SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA
## ROSEBUD COUNTY

11

12

TALEN MONTANA RETIREMENT PLAN
AND TALEN ENERGY MARKETING, LLC,
Individually and on Behalf of All Others
Similarly Situated,

13

14

15

Plaintiffs,

16

vs.

17

PPL CORPORATION; PPL CAPITAL
FUNDING, INC.; PPL ELECTRIC
UTILITIES CORP.; PPL ENERGY
FUNDING CORP.; PAUL A. FARR; MARK
F. WILTEN; PETER J. SIMONICH;
WILLIAM H. SPENCE; RODNEY C.
ADKINS; FREDERICK M. BERNTHAL;
JOHN W. CONWAY; PHILIP G. COX;
STEVEN G. ELLIOTT; LOUISE K.
GOESER; STUART E. GRAHAM; STUART
HEYDT; RAJA RAJAMANNAR; CRAIG A.
ROGERSON; NATICA VON ALTHANN;
KEITH H. WILLIAMSON; and ARMANO
ZAGALO de LIMA,

18

19

20

21

22

23

24

25

Defendants.

26

Cause No.: DV 18-56

Judge: Nickolas Murnion

**ACKNOWLEDGEMENT AND
WAIVER OF SERVICE OF A
SUMMONS**
**William H. Spence**

1

TO:    Robert L. Sterup
       Brown Law Firm, P.C.
       315 North 24th St
       P.O. Box 849
       Billings, MT 59103-0849

I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

_Tansy Woan_
Signature of the attorney or unrepresented party

_Tansy Woan_
Printed Name

_Attorney_
Relationship to entity or authority to receive service

_4 Times Square, New York, NY 10036_
Address

_tansy.woan@skadden.com_
Email address

_212-735-2472_
Telephone number

2

**Duty to Avoid Unnecessary Expenses**
**Of Serving a Summons**

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint. A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

| | |
|---|---|
| 1 | Robert L. Sterup |
| 2 | BROWN LAW FIRM, PC |
| | 315 North 24th Street |
| 3 | Billings, Montana 59101 |
| | 406-248-2611 telephone |
| 4 | 406-248-3128 facsimile |
| | rsterup@brownfirm.com |
| 5 | |

1
Robert L. Sterup
BROWN LAW FIRM, PC
315 North 24th Street
Billings, Montana 59101
406-248-2611 telephone
406-248-3128 facsimile
rsterup@brownfirm.com

Pamela D. Bucy
TAYLOR LUTHER GROUP, PLLC
One South Montana Ave., Ste M-2
Helena, Montana 59601
406-441-4871 telephone
pam@taylorluthergroup.com

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

## SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA
## ROSEBUD COUNTY

| | | |
|---|---|---|
| TALEN MONTANA RETIREMENT PLAN AND TALEN ENERGY MARKETING, LLC, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | Cause No.: DV 18-56 |
| Plaintiffs, | ) ) ) | Judge: Nickolas Murnion |
| vs. | ) ) ) | **ACKNOWLEDGEMENT AND WAIVER OF SERVICE OF A SUMMONS** |
| PPL CORPORATION; PPL CAPITAL FUNDING, INC.; PPL ELECTRIC UTILITIES CORP.; PPL ENERGY FUNDING CORP.; PAUL A. FARR; MARK F. WILTEN; PETER J. SIMONICH; WILLIAM H. SPENCE; RODNEY C. ADKINS; FREDERICK M. BERNTHAL; JOHN W. CONWAY; PHILIP G. COX; STEVEN G. ELLIOTT; LOUISE K. GOESER; STUART E. GRAHAM; STUART HEYDT; RAJA RAJAMANNAR; CRAIG A. ROGERSON; NATICA VON ALTHANN; KEITH H. WILLIAMSON; and ARMANO ZAGALO de LIMA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Natica Von Althann** |
| Defendants. | ) ) | |

1

TO:     Robert L. Sterup
        Brown Law Firm, P.C.
        315 North 24th St
        P.O. Box 849
        Billings, MT 59103-0849

        I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

        I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

        If I fail to do so, a default judgment will be entered against me or the entity I represent.

        Date: 11-21-2018

        _Tansy Woan_
        Signature of the attorney or unrepresented
        party

        _Tansy Woan_
        Printed Name

        _Attorney_
        Relationship to entity or authority to receive
        service

        _4 Times Square, New York, NY 10036_
        Address

        _tansy.woan@skadden.com_
        Email address

        _212-735-2472_
        Telephone number

2

1

2

### Duty to Avoid Unnecessary Expenses
### Of Serving a Summons

3

4      Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint.  A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

5

6      "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

7

8      If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

9

10     If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1  Robert L. Sterup       Karl S. Stern

2  BROWN LAW FIRM, PC     Kate K. Shih
   315 North 24th Street     QUINN EMANUEL URQUHART & SULLIVAN LLP

3  Billings, Montana 59101    711 Louisiana Street, Suite 500
   406-248-2611 telephone    Houston, TX 77002

4  406-248-3128 facsimile    713-221-7000 telephone
   rsterup@brownfirm.com    713-221-7100 facsimile

5              karlstern@quinnemanuel.com

6  Pamela D. Bucy       kateshih@quinnemanuel.com
   TAYLOR LUTHER GROUP, PLLC   *Pro Hac Applications Pending*

7  One South Montana Ave., Ste M-2
   Helena, Montana 59601    *ATTORNEYS FOR LEAD PLAINTIFFS*

8  406-441-4871 telephone
   pam@taylorluthergroup.com

9

10    **SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA**
          **ROSEBUD COUNTY**

11

12 TALEN MONTANA RETIREMENT PLAN ) Cause No.: DV 18-56
   AND TALEN ENERGY MARKETING, LLC, )

13 Individually and on Behalf of All Others ) Judge: Nickolas Murnion
   Similarly Situated,       )

14              )

15       Plaintiffs,   ) **ACKNOWLEDGEMENT AND**
              ) **WAIVER OF SERVICE OF A**

16      vs.      ) **SUMMONS**
              ) **Keith H. Williamson**

17 PPL CORPORATION; PPL CAPITAL )
   FUNDING, INC.; PPL ELECTRIC   )

18 UTILITIES CORP.; PPL ENERGY  )
   FUNDING CORP.; PAUL A. FARR; MARK )

19 F. WILTEN; PETER J. SIMONICH;  )
   WILLIAM H. SPENCE; RODNEY C.  )

20 ADKINS; FREDERICK M. BERNTHAL; )
   JOHN W. CONWAY; PHILIP G. COX;  )

21 STEVEN G. ELLIOTT; LOUISE K.  )
   GOESER; STUART E. GRAHAM; STUART )

22 HEYDT; RAJA RAJAMANNAR; CRAIG A. )
   ROGERSON; NATICA VON ALTHANN; )

23 KEITH H. WILLIAMSON; and ARMANO )
   ZAGALO de LIMA,      )

24              )

25      Defendants.   )
              )

26

1

TO:    Robert L. Sterup
        Brown Law Firm, P.C.
        315 North 24th St
        P.O. Box 849
        Billings, MT 59103-0849

        I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

        I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

        If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

                         _Tansy Woan_
                         Signature of the attorney or unrepresented party

                         Tansy Woan
                         Printed Name

                         Attorney
                         Relationship to entity or authority to receive service

                         4 Times Square, New York, NY 10036
                         Address

                         tansy.woan@skadden.com
                         Email address

                         212-735-2472
                         Telephone number

**Duty to Avoid Unnecessary Expenses**
**Of Serving a Summons**

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint. A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

1  Robert L. Sterup
2  BROWN LAW FIRM, PC
   315 North 24th Street
3  Billings, Montana 59101
   406-248-2611 telephone
4  406-248-3128 facsimile
   rsterup@brownfirm.com
5
   Pamela D. Bucy
6  TAYLOR LUTHER GROUP, PLLC
   One South Montana Ave., Ste M-2
7  Helena, Montana 59601
   406-441-4871 telephone
8  pam@taylorluthergroup.com
9

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

10        **SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA**
11                                **ROSEBUD COUNTY**

12  TALEN MONTANA RETIREMENT PLAN )   Cause No.: DV 18-56
    AND TALEN ENERGY MARKETING, LLC, )
13  Individually and on Behalf of All Others )   Judge: Nickolas Murnion
    Similarly Situated, )
14                                          )
15                  Plaintiffs, )
                                            )   **ACKNOWLEDGEMENT AND**
16          vs. )                               **WAIVER OF SERVICE OF A**
                                            )   **SUMMONS**
17  PPL CORPORATION; PPL CAPITAL )          **Mark F. Wilten**
    FUNDING, INC.; PPL ELECTRIC )
18  UTILITIES CORP.; PPL ENERGY )
    FUNDING CORP.; PAUL A. FARR; MARK )
19  F. WILTEN; PETER J. SIMONICH; )
    WILLIAM H. SPENCE; RODNEY C. )
20  ADKINS; FREDERICK M. BERNTHAL; )
    JOHN W. CONWAY; PHILIP G. COX; )
21  STEVEN G. ELLIOTT; LOUISE K. )
    GOESER; STUART E. GRAHAM; STUART )
22  HEYDT; RAJA RAJAMANNAR; CRAIG A. )
    ROGERSON; NATICA VON ALTHANN; )
23  KEITH H. WILLIAMSON; and ARMANO )
    ZAGALO de LIMA, )
24                                          )
25                  Defendants. )
                                            )
26

                                    1

TO:   Robert L. Sterup
      Brown Law Firm, P.C.
      315 North 24th St
      P.O. Box 849
      Billings, MT 59103-0849

I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

_Tony Woon_
Signature of the attorney or unrepresented party

_Tony Woon_
Printed Name

_Attorney_
Relationship to entity or authority to receive service

_4 Times Square, New York, NY 10036_
Address

_tony.woon@skadden.com_
Email address

_212-735-2472_
Telephone number

1

### Duty to Avoid Unnecessary Expenses
### Of Serving a Summons

2

3     Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint. A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

4

5     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

6

7

8     If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

9     If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1  Robert L. Sterup
2  BROWN LAW FIRM, PC
   315 North 24th Street
3  Billings, Montana 59101
   406-248-2611 telephone
4  406-248-3128 facsimile
   rsterup@brownfirm.com
5
6  Pamela D. Bucy
   TAYLOR LUTHER GROUP, PLLC
7  One South Montana Ave., Ste M-2
   Helena, Montana 59601
8  406-441-4871 telephone
   pam@taylorluthergroup.com
9

Karl S. Stern
Kate K. Shih
QUINN EMANUEL URQUHART & SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000 telephone
713-221-7100 facsimile
karlstern@quinnemanuel.com
kateshih@quinnemanuel.com
*Pro Hac Applications Pending*

*ATTORNEYS FOR LEAD PLAINTIFFS*

10          **SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA**
11                                **ROSEBUD COUNTY**

12 | TALEN MONTANA RETIREMENT PLAN       )   Cause No.: DV 18-56
   | AND TALEN ENERGY MARKETING, LLC,    )
13 | Individually and on Behalf of All Others )   Judge: Nickolas Murnion
   | Similarly Situated,                 )
14 |                                     )
   |                                     )
15 |                    Plaintiffs,      )
   |                                     )   **ACKNOWLEDGEMENT AND**
16 |              vs.                    )   **WAIVER OF SERVICE OF A**
   |                                     )   **SUMMONS**
17 | PPL CORPORATION; PPL CAPITAL        )   **Armano Zagalo de Lima**
   | FUNDING, INC.; PPL ELECTRIC         )
18 | UTILITIES CORP.; PPL ENERGY         )
   | FUNDING CORP.; PAUL A. FARR; MARK   )
19 | F. WILTEN; PETER J. SIMONICH;       )
   | WILLIAM H. SPENCE; RODNEY C.        )
20 | ADKINS; FREDERICK M. BERNTHAL;      )
   | JOHN W. CONWAY; PHILIP G. COX;      )
21 | STEVEN G. ELLIOTT; LOUISE K.        )
   | GOESER; STUART E. GRAHAM; STUART    )
22 | HEYDT; RAJA RAJAMANNAR; CRAIG A.    )
   | ROGERSON; NATICA VON ALTHANN;       )
23 | KEITH H. WILLIAMSON; and ARMANO     )
   | ZAGALO de LIMA,                     )
24 |                                     )
   |                                     )
25 |                    Defendants.      )
   |                                     )
26

1

TO:  Robert L. Sterup
     Brown Law Firm, P.C.
     315 North 24th St
     P.O. Box 849
     Billings, MT 59103-0849

I have received your Request to Acknowledge and Waive Service of a Summons in this action along with a copy of the Complaint, two copies of this Acknowledgment and Waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a Summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

I also understand that I, or the entity I represent, must file and serve an Answer or a Motion under Montana Rules of Civil Procedure 12 within 21 days from the date I sign this Acknowledgment and Waiver form (or 42 days if I am signing on behalf of the state of Montana, a state agency, or a state officer or employee).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-21-2018

Tony Wom
Signature of the attorney or unrepresented party

Tansy Woan
Printed Name

Attorney
Relationship to entity or authority to receive service

4 Times Square, New York, NY 10036
Address

tansy.woan@skadden.com
Email address

212-735-2472
Telephone number

2

1
2

## Duty to Avoid Unnecessary Expenses
## Of Serving a Summons

3
4

Rule 4 of the Montana Rules of Civil Procedure has a provision to avoid the unnecessary expenses of serving a Summons and Complaint. A Defendant who fails to return a signed Acknowledgment and Waiver of Service requested by Plaintiff will be required to pay the expenses of service, unless the Defendant shows good cause for the failure.

5
6

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

7
8

If the Acknowledgment and Waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a Summons or of Service.

9
10

If you waive service, then you must, within the time specified on the Acknowledgment and Waiver form, serve an answer or a motion under Rule 12 on the Plaintiff and file a copy with the Court.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

3