**FILED**

DEC 1 8 2010

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| Talen Montana Retirement Plan and Talen Energy Marketing, LLC, Individually and on Behalf of All Others Similarly Situated, | Cause No. CV-18-174-BLG-SPW |
| Plaintiffs, | |
| v. | **ORDER** |
| PPL Corporation, PPL Capital Funding Inc., PPL Electric Utilities Corp., PPL Energy Funding Corp., Paul A. Farr, Mark F. Wilten, Peter J. Simonich, William H. Spence, Rodney C. Adkins, Frederick M. Bernthal, John W. Conway, Philip G. Cox, Steven G. Elliott, Louise K. Goeser, Stuart E. Graham, Stuart Heydt, Raja Rajamannar, Craig A. Rogerson, Natica von Althann, Keith H. Williamson, Armando Zagalo de Lima, and DOES 1-50, | |
| Defendants. | |

Pursuant to the parties' Stipulation for Extension of Time, to Vacate

Preliminary Pretrial Conference and to Stay Merits Discovery (Doc. 7), and good

cause appearing,

IT IS HEREBY ORDERED:

1.     The preliminary pretrial conference set for February 20, 2019, and the associated deadlines set in the Court's Order (Doc. 6) are **VACATED**;

2.     Defendants' responsive pleadings shall be due 14 days after the Court's ruling on the motion for remand; and

3.     Merits discovery is stayed until the Court rules on the motion for remand and any jurisdictional motions.

DATED this _18th_ day of December, 2018.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE