

FILED

JAN 10 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| Talen Montana Retirement Plan and Talen Energy Marketing, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PPL Corporation, et. al,<br><br>Defendants. | Cause No. CV-18-174-BLG-SPW<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SET DATE FOR REMAND MOTION** |

Upon the Plaintiffs' Unopposed Motion to Set Date for Remand Motion (Doc. 11), and for good cause being shown,

IT IS HEREBY ORDERED that Plaintiffs' unopposed motion for Order setting January 23, 2019 as the date for filing of motion for remand to State District Court and extending any applicable deadline for remand motion shall be and hereby is **GRANTED**.

DATED this 9th day of January, 2019.

SUSAN P. WATTERS
United States District Judge