
# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| Talen Montana Retirement Plan and Talen Energy Marketing, LLC, Individually and on Behalf of All Others Similarly Situated, | Cause No. CV-18-174-BLG-SPW |
| Plaintiffs, | |
| v. | **ORDER** |
| PPL Corporation, et. al, | |
| Defendants. | |

Defendant Paul A. Farr moves for the admission of Joshua L. Seifert to practice before the Court in the above captioned matter with Casey Heitz of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Defendant Paul A. Farr's motion to admit Joshua L. Seifert to appear *pro hac vice* (Doc. 13) is GRANTED and he is authorized to appear as counsel with Casey Heitz pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this **18th** day of January, 2019.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge