| | |
|---|---|
| Robert L. Sterup<br>BROWN LAW FIRM, PC<br>315 North 24th Street<br>Billings, Montana 59101<br>406-248-2611 telephone<br>406-248-3128 facsimile<br>rsterup@brownfirm.com<br><br>Pamela D. Bucy<br>TAYLOR LUTHER GROUP, PLLC<br>One South Montana Ave., Ste. M-2<br>Helena, Montana 59601<br>406-441-4871 telephone<br>pam@taylorluthergroup.com | Karl S. Stern<br>Kate K. Shih<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX 77002<br>713-221-7000 telephone<br>713-221-7100 facsimile<br>karlstern@quinnemanuel.com<br>kateshih@quinnemanuel.com<br><br>*ATTORNEYS FOR PLAINTIFFS* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| Talen Montana Retirement Plan and Talen Energy Marketing, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PPL Corporation, PPL Capital Funding Inc., PPL Electric Utilities Corp., PPL Energy Funding Corp., Paul A. Farr, Mark F. Wilten, Peter J. Simonich, and Does 1-50,<br><br>　　　　　Defendants. | Cause No. CV-18-174-BLG-SPW<br><br>**MOTION FOR REMAND** |

COME NOW the Plaintiffs and respectfully move for remand of this action to

Montana Sixteenth Judicial District Court pursuant to 28 U.S.C. §1447, 28 U.S.C. § 1332(d)(4)(A) *et seq*. This Motion is support by accompanying Memorandum of Law, Declarations, and Exhibits thereto. Counsel for all Defendants have been contacted and have opposed this Motion.

DATED this 23rd day of January, 2019.

/s/ Robert L. Sterup
Robert L. Sterup
*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2019, a copy of the foregoing was electronically filed and served on the following persons by the following means:

| | | | |
|---|---|---|---|
| <u>1-5</u> | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| _____ | Mail | _____ | Overnight Delivery |

1. U.S District Court, Billings Division\

2. T. Thomas Singer
   Axilon Law Group, PLLC
   115 North Broadway, Ste. 310
   P.O. Box 987 Billings, MT 59103-0987
   tsinger@axilonlaw.com

   AND

3. Elizabeth L. Griffing
   Axilon Law Group, PLLC
   Power Block, Ste. 4P
   7 West 6th Ave.
   Helena, MT 59601
   bgriffing@axilonlaw.com
   *Attorneys for Defendants*
   *PPL Corporation; PPL Capital Funding, Inc.; PPL Electric Utilities Corp.; PPL Energy Funding Corp.; Mark F. Wilten; Peter J. Simonich;*

4. Mark D. Parker
   Casey Heitz
   Parker, Heitz & Cosgrove, PLLC
   401 N. 31st St, Ste 805
   P.O. Box 7212
   Billings, MT 59103-7212

      markdparker@parker-law.com
      caseyheitz@parker-law.com
      *Attorneys for Defendant Paul A. Farr*

5.    Joshua L. Seifert, PLLC
      175 Varick Street
      New York, New York 10014
      jseifert@seifertpllc.com
    *Attorneys for Defendant Paul A. Farr*

By:  /s/ Robert L. Sterup
     Robert L. Sterup
     *Attorneys for Plaintiffs*