
FILED

FEB 6 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| Talen Montana Retirement Plan and Talen Energy Marketing, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PPL Corporation, PPL Capital Funding Inc., PPL Electric Utilities Corp., PPL Energy Funding Corp., Paul A. Farr, Mark F. Wilten, Peter J. Simonich, and DOES 1-50,<br><br>Defendants. | Cause No. CV-18-174-BLG-SPW<br><br>ORDER GRANTING STIPULATION FOR WRITTEN DISCOVERY ON FACTUAL BASES FOR REMAND AND EXTENSION OF TIME FOR BRIEFING ON REMAND MOTION |

Pursuant to the parties' Stipulation for Written Discovery on Factual Bases for Remand and Extension of Time for Briefing on Remand Motion (Doc. 20), and for good cause appearing,

**IT IS HEREBY ORDERED:**

1. The date for Defendants' response to Plaintiffs' motion for remand shall be extended to thirty (30) calendar days following the date of Plaintiffs' completed production in response to Defendants' written discovery requests directed to the factual bases for Plaintiffs' remand motion. Defendants' written discovery requests directed to the factual bases for

remand shall be served on or before February 11, 2019.

2. Plaintiffs' response to any Rule 12 motion filed by Defendants shall be extended to thirty (30) calendar days following the date of Defendants' completed production in response to Plaintiffs' written discovery requests directed to the factual basis for the Rule 12 motion. Any such written discovery shall be served by Plaintiffs, at their election, within ten (10) calendar days of date of filing of Defendants' Rule 12 motion.

3. The Court's December 18, 2018 Order, (Doc. 8), is undisturbed by this ORDER and remains fully in effect.

DATED this 6th day of February, 2019.

SUSAN P. WATTERS
United States District Judge