

JUN - 3 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TALEN MONTANA RETIREMENT PLAN AND TALEN ENERGY MARKETING, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PPL CORPORATION, PPL CAPITAL FUNDING, INC., PPL ELECTRIC UTILITIES CORP., PPL ENERGY FUNDING CORP., PAUL A. FARR, MARK F. WILTEN, PETER J. SIMONICH, and DOES 1-50,<br><br>Defendants. | Cause No. CV-18-174-BLG-SPW<br><br>**ORDER** |

Plaintiffs Talen Montana Retirement Plan and Talen Energy Marketing, LLC move for the admission of Adam Wolfson to practice before the Court in the above captioned matter with Robert L. Sterup of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiffs' motion to admit Adam Wolfson to appear *pro hac vice* (Doc. 28) is GRANTED and he is authorized to appear as counsel with Robert L. Sterup pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 3rd day of June, 2019.

SUSAN P. WATTERS
United States District Judge