FILED
AUG - 5 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| Talen Montana Retirement Plan and Talen Energy Marketing, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PPL Corporation, PPL Capital Funding Inc., PPL Electric Utilities Corp., PPL Energy Funding Corp., Paul A. Farr, Mark F. Wilten, Peter J. Simonich, William H. Spence, Rodney C. Adkins, Frederick M. Bernthal, John W. Conway, Philip G. Cox, Steven G. Elliott, Louise K. Goeser, Stuart E. Graham, Stuart Heydt, Raja Rajamannar, Craig A. Rogerson, Natica von Althann, Keith H. Williamson, Armando Zagalo de Lima, and DOES 1-50,<br><br>Defendants. | Cause No. CV-18-174-BLG-SPW<br><br>**ORDER** |

Upon the Defendant's Unopposed Motion for Leave to File Under Seal (Doc. 39), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Under Seal is **GRANTED**.

The Clerk of Court is directed to file the documents referenced in Defendant's Motion (Doc. 39) under seal.

DATED this 5th day of August, 2019.

SUSAN P. WATTERS
United States District Judge