

FILED
NOV 22 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TALEN MONTANA RETIREMENT PLAN AND TALEN ENERGY MARKETING, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PPL CORPORATION, PPL CAPITAL FUNDING, INC., PPL ELECTRIC UTILITIES CORP., PPL ENERGY FUNDING CORP., PAUL A. FARR, MARK F. WILTEN, PETER J. SIMONICH, and DOES 1-50,<br><br>Defendants. | Cause No. CV-18-174-BLG-SPW<br><br>**ORDER** |

On September 16, 2019, the Court ordered the case remanded to the Sixteenth Judicial District Court, Rosebud County, Montana. (Doc. 45). The Defendants filed for permission to appeal the Court's remand order to the Ninth Circuit. On October 7, 2019, the Court stayed its remand order pending the Ninth Circuit's decision to hear the Defendants' appeal. (Doc. 49). On November 22,

2019, the Ninth Circuit denied Defendants' permission to appeal the Court's remand order. (Doc. 50). Accordingly, the Court lifts the stay of the remand order and orders this case to be remanded to the Sixteenth Judicial District Court, Rosebud County, Montana.

DATED this 22nd day of November, 2019.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge